UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRINSON, | 1:03-cv-05504-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 51) |
| vs. | |
| D. STOCKMAN, et al., | **ORDER DISMISSING DEFENDANT KELLER** |
| Defendants. | |

    Plaintiff, David Brinson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 3, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed March 3, 2005,
are ADOPTED IN FULL; and,

   2.   Defendant Keller is DISMISSED from this action, without
prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil
Procedure.

   IT IS SO ORDERED.

**Dated:  May 5, 2005**                      **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE