# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRINSON, | CASE NO. CV-F-03-5504 REC SMS P |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| D. STOCKMAN, et al., | (Doc. 53) |
| Defendants. | |

Plaintiff David Brinson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2005, Judge Coyle granted in part and denied in part defendants' motion to dismiss and directed the Clerk's Office to file in plaintiff's second amended complaint, which had been lodged with the court by plaintiff on January 31, 2005. The court has screened the second amended complaint pursuant to 28 U.S.C. § 1915A. With the exception of additional allegations concerning equitable tolling, the second amended complaint virtually identical to the first amended complaint. As such it states a cognizable claim for relief under section 1983 against defendants Stockman, Freitas, Meske, Dill, Pineda, Marshall, Means, Nicholls, and Galaza for denial of procedural due process with respect to plaintiff's confinement in Administrative Segregation/Security Housing Unit.

///
///
///
///

1  Accordingly, defendants Stockman, Freitas, Meske, Dill, Pineda, Marshall, Means, Nicholls,
2  and Galaza shall file a response to plaintiff's second amended complaint within **thirty (30) days**
3  from the date of service of this order.[1]

5  IT IS SO ORDERED.

6  **Dated:   May 17, 2005**          /s/ Sandra M. Snyder
   icido3                             UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Keller was dismissed from this action on May 6, 2005.  Fed. R. Civ. P. 4(m).  (Doc. 54.)

2