# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRINSON, | CASE NO. CV-F-03-5504 REC SMS P |
| Plaintiff, | ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED |
| v. | (Doc. 55) |
| D. STOCKMAN, et al., | |
| Defendants. | |

Plaintiff David Brinson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 18, 2005, the court issued an order directing defendants Stockman, Freitas, Meske, Dill, Pineda, Marshall, Means, Nicholls, and Galaza ("defendants") to respond to plaintiff's second amended complaint within thirty days. More than thirty days have passed and defendants have not complied with or otherwise responded to the court's order.

Accordingly, defendants have **twenty (20) days** from the date of service of this order within which to show cause why default should not be entered.  The failure to respond to this order will result in the entry of default.

IT IS SO ORDERED.

**Dated:   June 27, 2005**            /s/ Sandra M. Snyder
icido3                     UNITED STATES MAGISTRATE JUDGE