# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRINSON, | CASE NO. 1:03-CV-5504-REC-SMS-P |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Doc. 57) |
| D. STOCKMAN, et al., | |
| Defendants. | |

Plaintiff David Brinson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 28, 2005, the court issued an order requiring defendants Stockman, Freitas, Meske, Dill, Pineda, Marshall, Means, Nicholls, and Galaza ("defendants") to show cause why default should not be entered against them for failing to file a response to plaintiff's second amended complaint, in compliance with the court's order of May 18, 2005. Defendants filed a response to the order to show cause on July 18, 2005, along with an answer to the second amended complaint.

The court will discharge the order to show cause and allow defendants' answer to the second amended complaint stand. However, the court deems it necessary to correct a misrepresentation in defendants' response. In paragraph thirteen (13.), defendants represent that a court staff member inquired into why defendants had not responded to the court's order. This is incorrect and would be an improper ex parte communication if it had occurred.

Through events in actions other than this one, the court was aware that former Deputy Attorney General Gregory Fayard had left the Attorney General's Office. After noting on the court's

1

1  system that Mr. Fayard was still listed as counsel of record for defendants in this action, despite the
2  change in his address in the system to a private law firm, a court staff member left a message on the
3  voicemail of Supervising Deputy Attorney General James Flynn inquiring who the case had been
4  reassigned to and requesting that a notice of reassignment of counsel be submitted.[1]  That was the
5  extent of the communication.  At no time did the staff member reference any of the proceedings in
6  this action.

       Accordingly, the order to show cause, filed June 28, 2005, is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:  August 10, 2005**        **/s/ Sandra M. Snyder**
icido3        UNITED STATES MAGISTRATE JUDGE

---

[1] A receptionist stated that Mr. Flynn was filling in for Supervising Attorney General Jennifer Neill in her absence.