IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID BRINSON,** | 1:03-CV-05504 REC SMS P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC TO JULY 14, 2006** |
| v. | |
| **D. STOCKMAN, et al.,** | **(Documents #63 & #65)** |
| Defendants. | |

On June 15, 2006, and July 7, 2006, defendants sought an extension of time to file a dispositive motion. On July 14, 2006, defendants filed a motion for summary judgment. GOOD CAUSE HAVING BEEN PRESENTED and good cause appearing therefor, IT IS HEREBY ORDERED that defendants' requests for an extension of time are HEREBY GRANTED, nunc pro tunc to July 14, 2006.

IT IS SO ORDERED.

**Dated:   July 18, 2006**             /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE

1