# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRINSON, | CASE NO. 1:03-CV-05504 AWI SMS P |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, BASED ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AND DEFENDANTS' STATEMENT OF NON-OPPOSITION |
| v. | |
| D. STOCKMAN, et al., | |
| Defendants. | (Doc. 71) |

Plaintiff David Brinson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's amended complaint, filed August 20, 2003, against defendants Stockman, Freitas, Meske, Dill, Pineda, Marshall, Means, Nicholls, and Galaza ("defendants") for denial of due process with respect to plaintiff's confinement in Administrative Segregation/Security Housing Unit.  On August 18, 2006, plaintiff filed a motion seeking voluntary dismissal of this action, without prejudice.  An answer has been filed in this case and the parties did not file a stipulation to dismiss.  Accordingly, this action may not be dismissed at plaintiff's request without leave of court and "upon such terms and conditions as the court deems proper."  Fed. R. Civ. P. 41(a)(2).

Defendants filed a statement of non-opposition to plaintiff's motion on August 22, 2006.  Accordingly, based on plaintiff's request for dismissal without prejudice and defendants' non-

///

///

///

opposition to the request, this action is HEREBY DISMISSED, without prejudice, pursuant to Rule 41(a)(2).

IT IS SO ORDERED.

**Dated:     August 24, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                          UNITED STATES DISTRICT JUDGE