# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>D. STOCKMAN, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:03-CV-05504 AWI SMS P<br><br>ORDER DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ADDRESS OF RECORD TO CSP-SACRAMENTO, AND RE-SERVE DOCUMENT 73 |

On August 24, 2006, the Court dismissed this action pursuant to plaintiff's notice of voluntary dismissal. The order was returned as undeliverable by the Postal Service on August 30, 2006. Plaintiff's address of record with the Court is High Desert State Prison. Based on a review of plaintiff's notice of voluntary dismissal, plaintiff's current address is California State Prison-Sacramento. It is plaintiff's duty to keep the Court apprised of his current address. Nevertheless, in the interest of justice, the Clerk of the Court is HEREBY DIRECTED to change plaintiff's address of record to CSP-Sacramento and re-serve the Court's order of August 24, 2006, on plaintiff at CSP-Sacramento.

IT IS SO ORDERED.

**Dated:    August 31, 2006**              /s/ Sandra M. Snyder
i0d3h8                                      UNITED STATES MAGISTRATE JUDGE